## CONWAY v. STATE.
### No. 26180.

Court of Criminal Appeals of Texas.
Jan. 21, 1953.

No attorney on appeal for appellant.
George P. Blackburn, State's Atty.,
Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of whiskey in a dry area; the punishment, fifteen days in jail and a fine of $400.

The record contains no notice of appeal, and this Court is without jurisdiction.

The appeal is dismissed.